[Cite as *Benton v. Walker*, 2026-Ohio-897.]

STATE OF OHIO     )        IN THE COURT OF APPEALS
                  )ss:    NINTH JUDICIAL DISTRICT
COUNTY OF SUMMIT   )

WILLIE BENTON

    Relator

    v.                  C.A. No.    31638

JUDGE NICOLE WALKER

    Respondent              ORIGINAL ACTION IN MANDAMUS

Dated:  March 18, 2026

PER CURIAM.

{¶1}    Relator, Willie Benton, has petitioned this Court for a writ of mandamus to order Respondent, Judge Walker of the Akron Municipal Court, to docket and rule on a motion.  For the following reasons, this Court dismisses the petition.

{¶2}    R.C. 2731.04 contains mandatory filing requirements for writs of mandamus. Relevant to this case, it requires applications for writs of mandamus to be "verified by affidavit." R.C. 2731.04.  A complaint is subject to dismissal when a relator fails to notarize his complaint or support it with a notarized affidavit.  *State ex rel. Reeves v. Chief of Police, Cedar Point Police Dept.*, 2015-Ohio-2909, ¶ 4.

{¶3}    Mr. Benton's petition is not verified by affidavit.  The petition itself is not notarized, nor is it supported by a notarized affidavit.  Accordingly, the petition does not comply with R.C. 2731.04 and is subject to dismissal.  *See id.*

{¶4}     Mr. Benton's petition is dismissed.  Costs of this action are taxed to Mr. Benton. The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal.  *See* Civ.R. 58(B).

 

 

 

_____
SCOT A. STEVENSON
FOR THE COURT

HENSAL, J.
SUTTON, J.
CONCUR.

APPEARANCES:

WILLIE BENTON, Pro Se, Relator.

DEBORAH S. MATZ, Director of Law, and KIRSTEN L. SMITH, Assistant Director of Law, for Respondent.